# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DERRY STREET PUB, INC.,          :    No. 312 MAL 2015

            Petitioner       :

                                :    Petition for Allowance of Appeal from

                                :    the Order of the Commonwealth Court

         v.                     :

PENNSYLVANIA STATE POLICE,    :

BUREAU OF LIQUOR CONTROL

ENFORCEMENT,                :

            Respondent    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.